# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 18CR1721-MMA |
|---|---|
| Plaintiff | ) |
| vs. | ) **ORDER AND JUDGMENT OF DISMISSAL** |
| RICARDO CAMACHO DIAZ (1), JOSE RAMIREZ MEDINA (2), | ) |
| Defendants. | ) |

Upon due consideration, good cause appearing, the Court **GRANTS** the United States' Motion to Dismiss the Information without prejudice as to Defendants Ricardo Camacho Diaz and Jose Ramirez Medina.

**IT IS SO ORDERED AND ADJUDGED**.

DATE: June 20, 2018

HON. MICHAEL M. ANELLO
United States District Judge